WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant,
The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4*

## U.S. DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; PECOS PARK-SUNFLOWER HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA | Case No.: 2:15-cv-01078-APG-PAL<br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PECOS PARK-SUNFLOWER HOMEOWNERS' ASSOCIATION WITHOUT PREJUDICE** |

| |
|---|
| THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, a Delaware Corporation; FRED F. SHAKER, an individual, <br><br>                    Counter-Defendants. |

      Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4 (hereinafter "BONY"), and Defendant, Pecos Park-Sunflower Homeowners' Association, by and through their attorneys of record, stipulate as follows:

      IT IS HEREBY STIPULATED that the Complaint shall be dismissed as to Defendant, Pecos Park-Sunflower Homeowners' Association, without prejudice, so the parties can proceed through the NRED Program.

      IT IS FURTHER STIPULATED between Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4 and Defendant, Pecos Park-Sunflower Homeowners' Association, that each side shall bear their own fees and costs.

///
///
///
///
///
///
///
///
///

IT IS FURTHER STIPULATED that upon request by BONY, Pecos Park-Sunflower Homeowners' Association will make a FRCP 30(b)(6) witnesses available if a deposition is taken of Pecos Park-Sunflower Homeowners' Association.

DATED this 28th day of July, 2015.

WRIGHT, FINLAY & ZAK, LLP

_/s/ Chelsea Crowton_
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-42*

DATED this 27th day of July, 2015.

LEACH JOHNSON SONG & GRUCHOW

_/s/ Ryan Reed_
Ryan W. Reed, Esq.
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Defendant, Pecos Park-Sunflower Homeowners' Association*

## ORDER

IT IS HEREBY ORDERED that the Complaint is dismissed as to Pecos Park-Sunflower Homeowners' Association, without prejudice.

IT IS FURTHER ORDERED that that each side shall bear their own fees and costs.

IT IS FURTHER ORDERED that upon request by BONY, Pecos Park-Sunflower Homeowners' Association will make a FRCP 30(b)(6) witnesses available if a deposition is taken of Pecos Park-Sunflower Homeowners' Association.

Dated: July 31, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

_/s/ Chelsea Crowton_
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-42*