WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant,*
*The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; PECOS PARK-SUNFLOWER HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:15-cv-01078-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PECOS PARK-SUNFLOWER'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | TRUST 2005-4, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-4, a Delaware corporation; FRED F. SHAKER, an individual,<br><br>           Counter-Defendants. |

Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4 (hereinafter "Plaintiff"), and Defendant, Pecos Park- Sunflower Homeowners Association (hereinafter "HOA"), by and through their attorneys of record, stipulate as follows:

    1.    The parties agree to extend the deadline for Plaintiff to file their response to HOA's Motion to Dismiss Amended Complaint (Docket No. 41) to March 4, 2016.

This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 29th day of February, 2016.    DATED this 29th day of February, 2016.

WRIGHT, FINLAY & ZAK, LLP    LEACH JOHNSON SONG & GRUCHOW

*/s/ Chelsea Crowton*    */s/ Ryan Reed*

Chelsea A. Crowton, Esq.    Ryan W. Reed, Esq.
Nevada Bar No. 11547    Nevada Bar No. 11695
7785 W. Sahara Avenue, Suite 200    8945 W. Russell Road, Suite 330
Las Vegas, NV 89117    Las Vegas, Nevada 89148
*Attorneys for Plaintiff/Counter-Defendant,*    *Attorney for Defendant, Pecos Park-Sunflower*
*The Bank of New York Mellon FKA The*    *Homeowners' Association*
*Bank of New York as Trustee for the*
*Certificateholders of CWALT, Inc.,*
*Alternative Loan Trust 2005-4, Mortgage*
*Pass-Through Certificates, Series 2005-4*

## ORDER

**SO ORDERED.** Plaintiff's reply to the HOA's Motion to Dismiss is due by **March 4, 2016**.

Dated: February 29, 2016.    _____
                                                      UNITED STATES DISTRICT JUDGE

**ORDER**

Based on the above stipulation by the parties,

IT IS SO ORDERED that Plaintiff has until March 4, 2016 to respond to the HOA's Motion to Dismiss.

DATED this ___ day of February, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

*/s/ Chelsea Crowton*

WRIGHT, FINLAY & ZAK, LLP

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4*