WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>       Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; PECOS PARK-SUNFLOWER HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation,<br><br>       Defendants. | Case No.:   2:15-cv-01078-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF BANK OF NEW YORK MELLON TO FILE RESPONSE TO MOTIONS (ECF NO. 97 and 99)**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>       Counter-Claimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, a Delaware corporation; FRED F. SHAKER, an | |

individual,

Counter-Defendants.

IT IS HEREBY STIPULATED between Plaintiff/Counter-Defendant, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4 ("BONY"); Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"); and Defendant, Pecos Park-Sunflower Homeowners' Association ("HOA"), by and through their respective undersigned attorneys, hereby stipulate and agree to extend the time for BONY to file its responses to HOA's Motion for Summary Judgment [ECF No. 97] and to SFR's Renewed Motion for Summary Judgment [ECF No. 99] until **May 22, 2019**. BONY's responses to both Motions are currently due on May 8, 2019. BONY requests the extension to allow sufficient time to fully respond to the arguments made in the Motions.

///

///

///

This is the parties' first request for an extension of time and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4*

DATED this 7th day of May, 2019.

LEACH KERN SONG & GRUCHOW

*/s/ Ryan W. Reed, Esq.*
Ryan W. Reed, Esq. (NBN 11695)
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Pecos Park-Sunflower Homeowners' Association*

DATED this 7th day of May, 2019.

KIM GILBERT EBRON

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq. (NBN 10580)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 7, 2019.